IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| JOANNE B., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:21CV348 (RCY) |
| | ) |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER**
**(Adopting Report and Recommendation of the Magistrate Judge)**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (ECF No. 25) is ACCEPTED AND ADOPTED;

2. The Objection of Plaintiff is OVERRULED;

3. Plaintiff's Motion for Summary Judgment (ECF No. 20) is DENIED;

4. Defendant's Motion for Summary Judgment (ECF No. 22) is GRANTED;

5. The final decision of the Commissioner is AFFIRMED; and

6. This matter is CLOSED.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion and this Order to all counsel of record.

/s/
Roderick C. Young
United States District Judge

Richmond, Virginia
Date: August 29, 2022